

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      Richard  Benitez v. Appel Ford, Inc.

Appellate case number:    01-21-00543-CV

Trial court case number:   36069

Trial court:                  21st District Court of Washington County

       On November 29, 2021, appellant filed a motion to extend the time to file appellant's brief to February 1, 2022. The motion, however, was premature because the record was not yet complete. The complete record was subsequently filed on January 5, 2022 and the deadline for appellant's brief is February 4, 2022. Accordingly, the extension motion is dismissed as moot.

       It is so ORDERED.

Judge's signature: _____/s/ Gordon Goodman_____
                             Acting individually


Date:     January 20, 2022_____